**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION**

KAREN URUSYAN                                   CIVIL ACTION NO. 26-0170

VERSUS                                          JUDGE S. MAURICE HICKS, JR.

WARDEN, JACKSON PARISH                          MAGISTRATE JUDGE LEBLANC
CORRECTIONAL CENTER

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of written objections thereto, and after an independent review of the record, and having determined that the findings and recommendation of the Magistrate Judge are correct under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's Petition for Writ of Habeas Corpus (Record Document 1) is **DENIED**.

**IT IS FURTHER ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Transfer Venue (Record Document 5) is **DENIED AS MOOT.** To the extent Plaintiff intends to pursue the civil rights claims referenced in footnote 2 of the Report and Recommendation, she may do so by filing a separate civil action in the appropriate venue.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 13th day of May, 2026.

_____
JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT COURT